# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOWAN ABLE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00946-ALM-AGD |
| | § | |
| AMAZON.COM SERVICES, LLC | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2026, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendation that the instant case be remanded to the 471st Judicial District Court of Collin County, Texas.

Having received the Report of the United States Magistrate Judge (Dkt. #18), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the instant case is **REMANDED** to the 471st Judicial District Court of Collin County, Texas

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED.**

 **SIGNED this 10th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE